Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Beau Knowles

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| BEAU KNOWLES,<br><br>           Plaintiff,<br><br>     vs.<br><br>LENDMARK FINANCIAL SERVICES, LLC; et. al.,<br><br>           Defendants. | Federal Case No.: 2:17-CV-02332-KJM-CKD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LENDMARK FINANCIAL SERVICES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Beau Knowles, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Lendmark Financial Services as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court

1 | order by filing:

2 | a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Lendmark Financial Services has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: March 6, 2018                    Sagaria Law, P.C.

By: ___*/s/ Elliot W. Gale*___
           Elliot W. Gale
Attorneys for Plaintiff
Beau Knowles